# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARISOL RAMOS,

    Plaintiff,

v.                              Case No: 6:16-cv-1437-Orl-40GJK

ACUTE PATIENT CARE, INC., AJAZ
AFZAL, IVETTE ORTIZ and RACHEL
HOUSER,

    Defendants.
_____/

## ORDER

This cause is before the Court on the Joint Motion to Approve FLSA Settlement and to Dismiss with Prejudice (Doc. 33) filed on January 10, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection was filed (Doc. 35), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 6, 2017 (Doc. 34), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve FLSA Settlement and to Dismiss with Prejudice (Doc. 33) is **GRANTED** to the extent that the Court finds the Agreement to be a fair and reasonable resolution of Plaintiff's claims.

3. The Settlement Agreement (Doc. 33-1) is **APPROVED**.

4. The case is **DISMISSED with Prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 14, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties